IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRECIOUS PERRY, <br><br> Plaintiff, <br><br> vs. <br><br> LANCASTER COUNTY NEBRASKA, <br><br> Defendant. | 4:13CV3013 <br><br> MEMORANDUM AND ORDER |

After conferring with counsel,

IT IS ORDERED that the parties' oral motion to continue, (Filing No. 12), is granted and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 18, 2014**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 4, 2014** at **2:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 4, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for filing motions to dismiss and motions for summary judgment is November 1, 2013.

4) All other provisions of the court's prior progression order remain in effect.

September 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge