IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRECIOUS PERRY,

              Plaintiff,

     vs.

LANCASTER COUNTY NEBRASKA,

              Defendant.

**4:13CV3013**

**ORDER**

Pursuant to Filing No. 26, the Hon. Richard G. Kopf granted a continuance of the remaining briefing schedule for the pending motion for summary judgment. Based on the continuance, the pretrial conference and trial must be continued as well.

Accordingly,

IT IS ORDERED that the pretrial conference and trial are continued until further order of the court. The parties shall contact the undersigned magistrate's chambers within ten (10) days after the ruling on the summary judgment to discuss the future progression of the case, if needed.

Dated this 20th day of December, 2013.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge