IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRECIOUS PERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>LANCASTER COUNTY NEBRASKA,<br><br>        Defendant. | **4:13CV3013**<br><br>**ORDER** |

    IT IS ORDERED: The motion to withdraw filed by Michael E. Thew as counsel of record on behalf of Defendant County of Lancaster, (filing no. 30), is granted.

    Dated this 8th day of April, 2014.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge